**R. W. MERRITT, Appellant,**

**v.**

**Wendall HULL, an Infant by his Next Friend, Raymond Hull, Appellee.**

Court of Appeals of Kentucky.

Feb. 18, 1955.

Rehearing Denied April 29, 1955.

M. C. Redwine, M. C. Redwine, Jr., H. T. Lisle, Winchester, for appellant.

Alton S. Payne, Winchester, for appellee.

PER CURIAM.

Motion for an appeal from a judgment awarding appellee, Wendall Hull, $2,000 damages against appellant, R. W. Merritt. We conclude the evidence supports the verdict of the jury and we do not believe the amount of damages awarded was excessive under the circumstances. The court gave correct instructions to the jury and properly refused to give the two instructions offered by appellant.

The motion is overruled and the judgment is affirmed.